ACCEPTED
04-15-00476-CR
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
11/24/2015 11:23:56 PM
KEITH HOTTLE
CLERK



Law Offices of
## *David A. Cuellar*
1615 Broadway
San Antonio, Texas  78215
Phone:  (210) 832-9965
Facsimile:  (210) 832-9966

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
11/24/15 11:23:56 PM
KEITH E. HOTTLE
Clerk

November 24, 2015

Fourth Court of Appeals
Cadena-Reeves Justice Center
300 Dolorosa, Ste. 3200
San Antonio, TX 78205-3037

RE:  15-00476-CR, David Hunt v. State

To The Honorable Justices Of The Fourth Court Of Appeals:

I have been instructed to send this correspondence to you regarding the above-referenced case.  I was one of the court-appointed attorneys at trial level for Mr. David Hunt and the co-defendant on case number 2014 CR 8842, of which my client Mr. David Hunt was designated defendant B.  This case went to jury trial in May of 2015, with the jury rendering a guilty verdict.

Before the expiration of thirty days following sentencing, in July of 2015, I, <u>per previous instruction</u>, filed a Motion for New Trial and Notice of Appeal, thinking this case would be sent to the Appellate Public Defender's office, as I have done before.  On Friday, July 31, 2015 at 5:35 p.m., I received a notice from your office that the clerk's record had been filed.  On Monday, August 3, 2015 I inquired in the 226TH District Court why I received said notice and was informed that I had to file a Motion to Withdraw as Counsel.  I filed said motion on August 5, 2015, which Order to Withdraw was granted on August 11, 2015.

I heard nothing more until the afternoon of November 23, 2015, in the form of an email informing me that the appellate brief in this case was past due.  After further investigation it appears there was a puzzling designation in the 226TH's file that I had been hired on this case on the same day that I filed the Motion for New Trial and Notice of Appeal, July 17, 2015.  In no way, shape, or form was I hired in this case and I never, at any time, filed any Notice of Retained Counsel, nor am I on the District Clerk's rotation of attorneys

who handle court-appointed appeals. Further, it also appears that the Order to Withdraw, dated August 11, 2015, which I have attempted to attach to this letter, was never sent to your office as part of the clerk's record, which seems to be an unusual omission.

In summation, I sincerely apologize for the confusion. I await the Court's instruction on this case, as it is my desire that Mr. Hunt receives the best representation possible.

Sincerely yours,



David A. Cuellar
Attorney at Law

ACCEPTED
04-15-00476-CR
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
11/24/2015 2:31:46 PM
KEITH HOTTLE
CLERK

04-15-00476-CR

## NO. 2014 CR 8842B

| | | |
|---|---|---|
| STATE OF TEXAS | § | IN THE DISTRICT COURT |
| | § | |
| vs. | § | 226TH JUDICIAL DISTRICT |
| | § | |
| DAVID HUNT | § | BEXAR COUNTY, TEXAS |

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
11/24/15 2:31:46 PM
KEITH E. HOTTLE
Clerk

## ORDER

On _AUG 1 1 2015_____, 2015, came on to be considered David A. Cuellar's Motion

to Withdraw as Counsel, and said motion is hereby

(Granted)  (Denied)

_____
JUDGE PRESIDING